August 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HARDRIDERS MOTORCYCLE CLUB ASSOCIATION, HARDRIDERS MOTORCYCLE CLUB FORT BEND COUNTY CHAPTER, HARDRIDERS MOTORCYCLE CLUB BRAZORIA COUNTY CHAPTER, HARDRIDERS MOTORCYCLE CLUB LAFAYETTE CHAPTER, HARDRIDERS MOTORCYCLE CLUB GALVESTON COUNTY CHAPTER, HARDRIDERS MOTORCYCLE CLUB BEAUMONT CHAPTER, EFREM SEWELL, MILO SHEPARD, THOMAS MEEKS, JOSEPH GUILLORY, AND TONY THOMAS,
Appellants

NO. 14-14-00234-CV                          V.

HARDRIDERS, INC., WAVERLY NOLLEY, AND SHANNON MAYFIELD,
Appellees

———————————————————

This cause, an appeal from the judgment in favor of appellees, HardRiders, Inc., Waverly Nolley, and Shannon Mayfield, signed December 26, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Hardriders Motorcycle Club Association, Hardriders Motorcycle Club Fort Bend County Chapter, Hardriders Motorcycle Club Brazoria County Chapter, Hardriders Motorcycle Club Lafayette Chapter, Hardriders Motorcycle Club Galveston County Chapter, Hardriders Motorcycle Club Beaumont Chapter, Efrem Sewell, Milo Shepard, Thomas Meeks, Joseph Guillory, and Tony Thomas, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.